# Exhibit B

# Serena Yang

| | |
|---|---|
| **From:** | Brent LaPointe <blapointe@rosenlegal.com> |
| **Sent:** | Monday, November 7, 2022 2:02 PM |
| **To:** | Angus Ni; Zachary Stanco |
| **Cc:** | Serena Yang |
| **Subject:** | RE: Holtz v. China Green Agriculture, Inc., Case No. HG20073782 |

Angus—

Thanks for your response.  Mr. Sherman resides in Broward County, Florida. Mr. Holtz is a resident of Alameda County, California.

Brent J. LaPointe
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel.: 212.686.1060
Direct: 646.437.7795
Fax: 212.202.3827
Email: blapointe@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (646) 437-7795 and permanently delete all copies of the email and any attachments.

**From:** Angus Ni <angus@afnlegal.com>
**Sent:** Monday, November 7, 2022 1:10 PM
**To:** Zachary Stanco <zstanco@rosenlegal.com>; Brent LaPointe <blapointe@rosenlegal.com>
**Cc:** Serena Yang <Serena@afnlegal.com>
**Subject:** RE: Holtz v. China Green Agriculture, Inc., Case No. HG20073782

**[EXTERNAL EMAIL]**

Zachary,

Thanks for the e-mail below.  CGA just engaged us to represent it in this matter.  I understand that you served its registered agent on October 12, 2022.

I just need to know, for removal purposes, what the residency and citizenship of Mr. Rick Sherman is.  Given the removal deadline of 11/11/2022, we would appreciate if you could please let us know by Wednesday?

If we don't hear back from you, we'll assume that he resides in a jurisdiction that is diverse from CGA.

Thank you,

Angus F. Ni
angus@afnlegal.com
New York / Seattle
+1 (646) 453-7294 (office)
+1 (773) 543 3223 (mobile)



================================================================

CONFIDENTIALITY NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

================================================================

**From:** Zachary Stanco <zstanco@rosenlegal.com>
**Sent:** Monday, October 10, 2022 1:30 PM
**To:** Angus Ni <angus@afnlegal.com>
**Cc:** Brent LaPointe <blapointe@rosenlegal.com>
**Subject:** Re: Holtz v. China Green Agriculture, Inc., Case No. HG20073782

Good afternoon,

Attached, please find our letter regarding the pending China Green matter, as well as documents associated with the matter.

Thank you.

Zach Stanco
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212-686-1060
Fax: 212-202-3827
Email: zstanco@rosenlegal.com