# Exhibit C

1 | Xinlin Li Morrow (CA Bar # 281707)
The Morrow Firm, P.C.
2 | 100 Bayview Cir., Suite 100
Newport Beach, CA 92660
3 | Phone: 213.282.8166
Email: xinlin@morrowfirm.com
4 |

5 | Angus F. Ni (WSBA # 53828) (application for admission *pro hac vice* forthcoming)
AFN Law PLLC
6 | 506 2nd Ave, Suite 1400
Seattle, WA 98104
7 | Phone: 646.453.7294
Email: angus@afnlegal.com
8 |

9 | *Attorneys for China Green Agriculture, Inc.,*
*Yongcheng Yang, and Zhuoyu Li*
10 |

11 |

12 | SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA
13 |

14 |

15 | JAMES HOLTZ and RICK SHERMAN,

Plaintiffs,
16 |

v.
17 |

CHINA GREEN AGRICULTURE, INC.,
18 | TAO LI, YONGCHENG YANG, KEN
REN, and ZHUOYU RICHARD LI,
19 |

Defendants.
20 |

Case No. HG20073782

**DEFENDANT CHINA GREEN AGRICULTURE, INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL**

DEFENDANT'S NOTICE OF FILING OF REMOVAL - i

Case No. HG20073782

1   **PLEASE TAKE NOTICE THAT** on November 10, 2022, Defendant Zhuoyu Li

2   removed this action to the United States District Court for the Northern District of California by

3   filing a notice of removal in that court. A true and correct copy of the notice of removal,

4   including all accompanying exhibits, is annexed hereto as Exhibit 1, and is served and filed

5   herewith.

6       Pursuant to 28 U.S.C. § 1446, the filing of the attached notice of removal with the United

7   States District Court for the Northern District of California effects the removal of this action.

8   Accordingly, this Court may proceed no further unless and until the case is remanded.

9       DATED this 10th day of November, 2022.

10

11                                          **The Morrow Firm, P.C.**

12

13                                          By: _/s/ Xinlin Li Morrow_____
                                            Xinlin Li Morrow

14
                                            *Attorneys for China Green Agriculture, Inc.,*
15                                          *Yongcheng Yang, and Zhuoyu Li*

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT'S NOTICE OF FILING OF REMOVAL - 1

Case No. HG20073782