| | |
|---|---|
| 1 | Xinlin Li Morrow (CA Bar # 281707) |
| | The Morrow Firm, P.C. |
| 2 | 100 Bayview Cir., Suite 100 |
| | Newport Beach, CA 92660 |
| 3 | Phone: 213.282.8166 |
| 4 | Email: xinlin@morrowfirm.com |

Angus F. Ni (WSBA # 53828) (application for admission *pro hac vice* forthcoming)
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
Phone: 646.453.7294
Email: angus@afnlegal.com

*Attorneys for China Green Agriculture, Inc., Yongcheng Yang, and Zhuoyu Li*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOLTZ and RICK SHERMAN, | Case No. |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CHINA GREEN AGRICULTURE, INC., TAO LI, YONGCHENG YANG, KEN REN, and ZHUOYU RICHARD LI, | |
| Defendants. | |

NOTICE OF APPEARANCE - i

Case No.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), the following attorneys hereby submit their appearance as counsel for the Defendants China Green Agriculture, Inc., Yongcheng Yang, and Zhuoyu Li, without waiver of any service, jurisdictional, or any other defenses:

> Xinlin Li Morrow (CA Bar # 281707)
> The Morrow Firm, P.C.
> 100 Bayview Cir., Suite 100
> Newport Beach, CA 92660
> Phone: 213.282.8166
> Email: xinlin@morrowfirm.com

> Angus F. Ni (WSBA # 53828) (application for admission *pro hac vice* forthcoming)
> AFN Law PLLC
> 506 2nd Ave, Suite 1400
> Seattle, WA 98104
> Phone: 646.453.7294
> Email: angus@afnlegal.com

DATED this 10th day of November, 2022.

**The Morrow Firm, P.C.**

By: /s/ Xinlin Li Morrow
Xinlin Li Morrow

*Attorneys for China Green Agriculture, Inc., Yongcheng Yang, and Zhuoyu Li*

NOTICE OF APPEARANCE - 1

Case No.